# SPARKMAN, SHEPARD & MORRIS, P.C.

ATTORNEYS AT LAW
303 WILLIAMS AVENUE, SUITE 1411
HUNTSVILLE, ALABAMA 35801
TELEPHONE (256) 512-9924
FACSIMILE (256) 512-9837
E-MAIL taze@ssmattorneys.com

TAZEWELL T. SHEPARD III[1]
KEVIN M. MORRIS
TAZEWELL T. SHEPARD IV

DEBORAH BELL PASEUR[2]

JOHN J. SPARKMAN
(1899-1985)

MAILING ADDRESS:
POST OFFICE BOX 19045
HUNTSVILLE, ALABAMA 35804

[1] ALSO ADMITTED IN D.C.
[2] OF COUNSEL

July 5, 2019

Clerk
United States Bankruptcy Court
P. O. Box 1289
Decatur, AL  35602

   RE: Lambert, Richard Farrell – Bankruptcy Case No.: 19-81655-CRJ-7

Dear Madam Clerk:

  Pursuant to Bankruptcy Rule 2002(e), the original notice of the meeting of creditors mailed in the above-styled case provided that this matter had been sent to the trustee as a no asset case.  Since then, I have discovered that there is property in the estate that I can potentially reduce to cash.

  I am investigating the value of the property to the estate and the feasibility of its liquidation for unsecured creditors.  I will file either a request for status change or a no asset final report with the Court as soon as I complete my investigation.

        Sincerely,

        **SPARKMAN, SHEPARD & MORRIS, P.C.**

        */s/ Tazewell T. Shepard*

        Tazewell T. Shepard

TTS/jab

cc: Richard M. Blythe, Esq.